**COM.**

v.

**REXROTH, W.**

**1950 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–01–CR–0000190–2015
(Adams)

Affirmed—Application to Withdraw as Counsel Granted